RECEIVED

JUN 17 2019

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
### 42 U.S.C. § 1983

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA

Roy Walker
_____

_____

_____

(Enter above the full name of
each plaintiff in this action.)

VERSUS

Warden Jeremy McKey, Lt. Col.
William Rosso, Major Marcus Jones,
and EMT unknown Gayland
_____

_____

(Enter above the full name of
each defendant in this action.)

370396
_____
Inmate (DOC) number

### Instructions for Filing Complaint by Prisoners
### Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

**IF YOU ARE A PARISH PRISONER**, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

**IF YOU ARE A D.O.C. PRISONER**, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for <u>each</u> defendant no longer employed by the Department of Corrections.

<u>**All copies of the complaint must be identical to the original.**</u>

The names of <u>**all parties**</u> must be listed in the caption and in part III of the complaint <u>exactly</u>

the same.

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 350.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. **THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, <u>DO NOT INCLUDE EXHIBITS</u>.**

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.     Previous Lawsuits

A.     Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?     Yes ( ) No ( X )

B.     If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): _Roy Walker_

   Defendant(s): _Burl Cain, John Orr, Darius Montegomery, Nathaniel Johnson, and Bobby Littleton_

2. Court (if federal court, name the district; if state court, name the parish):
   _Middle District of Louisiana_

3. Docket number: _~~Middle District of Louisiana~~ 11-668-BAJ-SCR_

2.

4. Name of judge to whom case was assigned: _Stephen C. Riedlinger_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Dismissed by my request after my witnesses was threatened and said they wouldn't appear in court for these reasons._

6. Date of filing lawsuit: _Unknown, property was lost during transfer in 2016 containing alot of legal documents and personal property._

7. Date of disposition: _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?    Yes ( )    No (X)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_____

_____

II.    Place of present confinement: _Louisiana State Penitentiary, T.U., Upper-F tier_

A. Is there a prisoner grievance procedure in this institution?   Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
     Yes (✓) No ( )

C. If your answer is YES:

1. Identify the administrative grievance procedure number (s) in which the claims raised in this complaint were addressed. _LSP - 2018 - 1120_

_____

2. What steps did you take? _A.R.P. fully exhausted_

_____

3. What was the result? _Denied_

_____

D. If your answer is NO, explain why not: _____

_____

3.

**III.    Parties**

(In Item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) _Roy Walker # 370396_

   Address _TU, Upper-F, La. State Pen., Angola, La., 70712_

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and  his place of employment in the third blank.  Use Item C for the  names,  positions,  and  places  of employment  of  any  additional defendants.

B.  Defendant _Jeremy McKey_ is employed as _Warden_ at _Camp-D, La. State Pen_

C.  Additional Defendants: _Lt. Colonel William Rosso at Camp-C, La. State Pen., Major Marcus Jones at Main Prison Working Cellblocks, La. State Pen., EMT Unknown Gayland at La. State Pen._

**IV.    Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also  the names of other persons involved, dates, and places.  Do not given any legal arguments or cite any cases  or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate  paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On May 8, 2018, I was carried down 2 flight of stairs by numerous offenders and further assisted down the walk to then Col. McKey for work-call to request Emergency Medical for my serious medical need. I gave Col. McKey medical papers to confirm I suffer from lower back and right sided leg pains and requested to see Emergency Medical because I couldn't walk from the pain. Then Major Rosso intervened and told me I had to go in the field to make emergency sick call. When I told him I couldn't walk which he been knew of my injuries, he threatened to

4.

to lock me up. So I tried to walk down the steps to get to the work-call check out gate, but excruciating pain caused me to fall down the steps. After falling Major Rosso said he was tired of my shit, he flipped me onto my stomach and placed me in handcuffs, disregarding the additional he was putting me in. Then Maj. Rosso and Capt. Jones started dragging me up the steps and down the M.P. Cellblock walk to CBD lockdown. When the EMT came seen me on lockdown, she didn't document any injuries or pains I was explaining to her, her attention was fixed on the L.S.P. Walkie Talkie, listening to the events that L.S.P. security had declared as a work stoppage.

1.

Deliberate Indifference to my serious medical needs against Jeremy McKey, William Rosso, and Marcus Jones for knowing I suffer from lower back pain and denying me emergency medical treatment for my pains. Then Maj. Rosso gave me an order to walk down the steps which the pain caused me to fall. Again all parties refused to call emergency medical assistance to the scene of the fall.

Deliberate Indifference to my serious medical needs against EMT unknown Gayland for failing to document pains and injuries on May 8, 2018. When I seen her an numerous occasions days before this on Emergency Sick Call, According to several offenders Maj. Rosso coached her and the security who was watching my incident unfold to say they didn't see anything I allege and that the EMT declare me healthy because I'm known to file A.R.P.'s

All parties violated my Eight Amendment right to be free from Cruel and Unusual Punishment

2.

Excessive Force against William Rosso and Marcus Jones for the wanton and unnecessary infliction of pain by placing me in a wrist lock and dragging me up the steps and down the M.P. Cellblock for no penological reason, violated my Eight Amendment right to be free from Cruel and Unusual Punishment.

3.

Supervisory Liability against Jeremy McKey for failing to follow protocol, by calling EMT when I feel down steps and for failing to defuse the situation, allowing Maj. Rosso and Capt. Jones to drag me up the steps and down the M.P. Cellblock walk while in restraints and a wrist lock for no reason.

Attachment to Page 4

V.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. *Compensatory damages in the amount of $25,000.00 a piece against McKey, Rosso, and Jones for deliberate indifference; Compensatory damages in the amount of $150,000.00 a piece against Rosso and Jones for excessive force; Compensatory damages for $10,000.00 against McKey for Supervisory Liability; compensatory damages for $10,000.00 against EMT Clayland for ~~Deliberate Indifference~~ and $250,000.00 in punitive damages against each defendant. Deliberate Indifference*

VI.   **Plaintiff's Declaration**

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any cost assessed by the Court, which, after payment of the partial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this ___8th___ day of ___May___, 20_19_.

_Roy Walker_
_Roy Walker_
Signature of plaintiff(s)

5.