**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**ROY WALKER (#370396)** **CIVIL ACTION**

**VERSUS** **NO. 19-396-BAJ-RLB**

**JEREMY MCKEY, ET AL.**

**ORDER**

This matter comes before the Court on the Motion to Stay Discovery (R. Doc. 11) filed on behalf of defendants McKey, Rosso, and Jones.

The Court has considered the position of each party and finds that the defendants are entitled to the relief requested. The pending Motion to Dismiss (R. Doc. 10) raises varying issues including threshold issues of jurisdiction as well as the sufficiency of pleading to overcome the defense of qualified immunity. This motion could be dispositive of this matter. In addition, with respect to a defense of qualified immunity, a stay of discovery is likely required until the court finds that the plaintiff's pleadings are sufficient to overcome such a defense. Accordingly, the Court finds that the parties should not be burdened with the time and expense of discovery until the pending Rule 12 motion is resolved. Accordingly,

**IT IS ORDERED** that the Motion to Stay Discovery (R. Doc. 11) be and is hereby **GRANTED**. Discovery in this proceeding is hereby stayed pending a Ruling by the assigned District Judge on the pending Motion to Dismiss filed in this matter (R. Doc. 10).

**IT IS FURTHER ORDERED** that upon a Ruling by the assigned District Judge on the pending Motion to Dismiss filed in this matter (R. Doc. 10), the parties are authorized to re-commence discovery without any further Order from the Court. The parties shall have a period of ninety (90) days from the date of the Court's Ruling to complete all discovery, and one

hundred and twenty (120) days from the date of the Court's Ruling to file substantive cross-motions for summary judgment.

Signed in Baton Rouge, Louisiana, on October 10, 2019.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**