## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROY WALKER** | : | **CIVIL ACTION** |
| | : | **NO. 19-396** |
| **VERSUS** | | |
| | : | **JUDGE BRIAN A. JACKSON** |
| **WARDEN MCKEY, ET AL** | : | **MAGISTRATE JUDGE** |
| | | **RICHARD L. BOURGEOIS, JR** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ANSWER WITH JURY DEMAND TO PLAINTIFF'S AMENDED COMPLAINT

**NOW INTO COURT,** through undersigned Counsel, come Defendants, Jeremy McKey, William Rosso, Marcus Jones, and Brent Thompson, who respond to Plaintiff's Amended Complaint for Damages, for the alleged tort claims against them, as follows:

### FIRST AFFIRMATIVE DEFENSE

Defendants are entitled to qualified immunity. The defendants' conduct did not violate any of inmate plaintiff's clearly established constitutional or statutory rights of which a reasonable person would have known.

### SECOND AFFIRMATIVE DEFENSE

Defendants deny any and all liability unto inmate plaintiff in this matter.

### THIRD AFFIRMATIVE DEFENSE

Inmate plaintiff is not entitled to monetary relief or any other relief asserted and/or inferred in the complaint.

### FOURTH AFFIRMATIVE DEFENSE

Inmate plaintiff failed to mitigate any damages which he claims to have incurred. Inmate plaintiff's damages, if any, are not of the nature or extent alleged.

## FIFTH AFFIRMATIVE DEFENSE

Any and all claims seeking monetary damages from the defendants in their official capacities are barred by the Eleventh Amendment.

## SIXTH AFFIRMATIVE DEFENSE

Defendants did not use any force which was unnecessary or excessive under the circumstances or which rises to the level of a constitutional violation.

## SEVENTH AFFIRMATIVE DEFENSE

In the alternative, if Defendants are found by the Court to have violated inmate plaintiff's civil rights, then Defendants are immune from a judgment for damages because they acted at all times reasonably and in good faith and in accordance with the laws and institutional rules and regulations.

## EIGHTH AFFIRMATIVE DEFENSE

In the alternative, if Defendants are found to have violated inmate plaintiff's rights and are not entitled to the defense of qualified immunity, then inmate plaintiff, through intentional and negligent acts and failure to act as a reasonable person, contributed to his own injuries or damages.

## NINTH AFFIRMATIVE DEFENSE

All or, in the alternative, some of inmate plaintiff's claims against Defendants are prescribed.

## TENTH AFFIRMATIVE DEFENSE

The complaint fails to state a claim upon which relief can be granted under 42 U.S.C. § 1983 pursuant to FED. R. CIV. P. 12(b)(6).

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to effect proper service on Defendants as provided in FED. R. CIV. PROC. R. 4(j).

## TWELFTH AFFIRMATIVE DEFENSE

Defendants assert their right to any affirmative defense delineated in Rule 8(c) of the Federal Rules of Civil Procedure not specifically enumerated herein.

## THIRTEENTH AFFIRMATIVE DEFENSE

Inmate plaintiff failed to exhaust all available administrative remedies regarding the Eighth Amendment claim made in his complaint and therefore his claims are premature.

## JURY DEMAND

The answering Defendants assert their entitlement to a trial by jury and requests same.

***Defendants expressly reserve the right to assert other affirmative defenses as discovery proceeds.***

**AND NOW**, in response to the specific paragraphs of the Complaint, Defendants state as follows:

### Section 1.

No answer is required by Defendants in response to Section 1. To the extent that one is required, denied as written.

### Section 2.

Denied.

### 1.

Denied.

### 2.

Denied.

### 3.

Denied.

**4.**

Admitted only to the extent that William Rosso and Marcus Jones escorted Plaintiff to administrative segregation. All other claims of Plaintiff are denied.

**Section 3.**

Denied.

**1.**

Denied as written.

**2.**

Denied.

**3.**

Denied.

**4.**

Denied.

**5.**

Denied as written.

**6.**

Denied.

**Request for Relief**

A.

Defendants deny that Plaintiff is entitled to any award of compensatory damages.

1.

Defendants deny that Plaintiff is entitled to any of the relief requested.

2.

Defendants deny that Plaintiff is entitled to any of the relief requested.

3.

Defendants deny that Plaintiff is entitled to any of the relief requested.

**IN FURTHER ANSWERING:**

1.

Defendants deny that Plaintiff is entitled to any of the relief requested. Furthermore, out of an abundance of caution, Defendants reserve their right, upon completion of discovery or otherwise, to assert such other defenses as may be appropriate, whether in law or in equity, including, but not limited to, assumption of risk, contributory negligence, extinguishment of the obligation in any matter, transaction or compromise, res judicata, and/or any other matter constituting an avoidance or affirmative defense.

2.

Defendants are entitled to recover reasonable expenses, including reasonable attorney fees incurred for having to defend against this suit because it has no basis in law or in fact and such would have been apparent to Plaintiff upon reasonable inquiry.

**WHEREFORE**, Defendants, Jeremy McKey, William Rosso, Marcus Jones, and Brent Thompson pray that this Answer and Defenses be deemed good and sufficient and that after due proceedings are had, there be a judgment herein in their favor, and against the Plaintiff, dismissing the Complaint at Plaintiff's costs, for Defendants' attorney's fees and for all general and equitable relief.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:   */s/ Kendale J. Thompson*
Kendale J. Thompson (37331)
Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, Fourth Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone: 225-326-6300
Facsimile: 225-326-6495
E-mail: ThompsonK@ag.louisiana.gov
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

**I CERTIFY** I have served the foregoing with the Court's electronic filing system, CM/ECF on April 9, 2020.

*/s/ Kendale J. Thompson*
Kendale J. Thompson
Assistant Attorney General