UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ROY WALKER**                                                            **CIVIL ACTION**

**VERSUS**

**JEREMY MCKEY, ET AL.**                          **NO.: 19-00396-BAJ-RLB**

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 17)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses the Motion to Dismiss (Doc. 10) filed by Defendants Jeremy McKey, William Rosso, and Marcus Jones, arguing for the dismissal of *pro se* Plaintiff Roy Walker's Complaint (Doc. 1) for failure to state a claim. The Magistrate Judge recommended that Defendants' motion be granted in part, dismissing the Plaintiff's claims for monetary damages asserted against Defendants in their official capacities. The Magistrate Judge further recommended that the motion be denied in all other regards and that this matter be referred to him for further proceedings. (Doc. 17 at p. 10).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. Plaintiff filed an objection to the Report and Recommendation. Defendants did not file a response.

In the objection, Plaintiff argues that his failure to state that the Defendants are being sued in their individual capacities was "clearly a pro-se litigant error from filling out a defective §1983 form." (Doc. 20 at p. 2). Plaintiff further argues that it was clear that the civil rights violations against him were committed by Defendants in their individual capacities. This issue was sufficiently addressed by the Magistrate Judge in the Report and Recommendation. The Court agrees with the Magistrate Judge's findings that Plaintiff's claims against Defendants in their official capacities must be dismissed.

Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 17)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Defendants' Motion is **GRANTED IN PART**, dismissing Plaintiff's claims for monetary damages asserted against the Defendants in their official capacities.

**IT IS FURTHER ORDERED** that the Motion is **DENIED** in all other regards.

**IT IS FURTHER ORDERED** that this matter is referred to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, this 20th day of April, 2020

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**