UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROY WALKER** | **CIVIL ACTION** |
| **VERSUS** | |
| **JEREMY MCKEY, ET AL.** | **NO. 19-00396-BAJ-RLB** |

## RULING AND ORDER

Before the Court is Defendants Jeremy McKey, William Rosso, and Marcus Jones' **Motion for Summary Judgment (Doc. 31).** The Motion is unopposed. The Magistrate Judge has issued a **Report and Recommendation (Doc. 39),** recommending that the Court grant Defendants' Motion for Summary Judgment in part, and dismiss Plaintiff's claims against McKey, Rosso, and Jones, without prejudice, pursuant to *Heck v. Humphrey*, 512 U.S. 477 (1994). (*Id.* at p. 8). The Magistrate Judge further recommends that the Court deny Defendants' Motion for Summary Judgment in all other respects and refer this matter back to the Magistrate Judge for further proceedings. (*Id.*). There are no objections to the Report and Recommendation.

Having carefully considered the underlying Complaint, the Motion at issue, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Defendants Jeremy McKey, William Rosso, and Marcus Jones' **Motion for Summary Judgment (Doc. 31) is GRANTED IN PART.**

**IT IS FURTHER ORDERED** that Plaintiff's claims against Jeremy McKey, William Rosso, and Marcus Jones are **DISMISSED WITHOUT PREJUDICE** pursuant to *Heck v. Humphrey*, 512 U.S. 477 (1994).

**IT IS FURTHER ORDERED** that Defendants' **Motion for Summary Judgment (Doc. 31)** is **DENIED** in all other respects.

**IT IS FURTHER ORDERED** that this matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, this 14th day of May, 2021

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**